1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **KENNETH R. PEDRO**            )   Case No.  13-492 CMK
                                   )
12                                 )
                                   )   **STIPULATION AND ORDER**
13                                 )   **EXTENDING PLAINTIFF'S**
           **Plaintiff,**          )   **TIME TO FILE SUMMARY**
14                                 )   **JUDGEMENT MOTION**
   v.                              )
15                                 )
   **MICHAEL J. ASTRUE**           )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                 )
           **Defendant.**          )
18                                 )
   _____ )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from September 19, 2013, to October

22 18, 2013.   This is Plaintiff's first extension on this case and is required due to Plaintiff's counsel's

23 impacted briefing schedule.

24 / / / /

25 / / / /

26 / / / /

27

28

                                                  1

Dated: September 19, 2013        /s/Bess M. Brewer
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated: September 19, 2013        Benjamin B. Wagner

                                 United States Attorney

                                 Donna L. Calvert
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ Annabelle J. Yang
                                 Annabelle J. Yang

                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

 DATED:  September 23, 2013

                                 _____
                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE

2