BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. PEDRO ) | CASE NO. 13-492 CMK |
| ) | |
| ) | |
| ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| Plaintiff, ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 18, 2013, to October 23, 2013, with all other deadlines extended accordingly. This short additional extension is required due to counsel's calendaring error.

////

////

////

1~~1~~

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 21, 20 | /s/Bess M. B*rewer*<br>BESS M. BREWER<br>Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |

Dated: October 21, 2013

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Annabelle J. Yang
ANNABELLE J. YANG

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Date:   October 22, 2013                         Craig Kellison
                                                 United States Magistrate Judge