BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. PEDRO, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SSA <br><br> Defendant. | CASE NO. 13-492 CMK <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 18, 2013, to October 23, 2013, with all other deadlines extended accordingly. This short additional extension is required due to counsel's calendaring error.

////

////

////

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 21, 20 | /s/Bess M. B*rewer*<br>BESS M. BREWER<br>Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: October 21, 2013 | Benjamin B. Wagner<br>United States Attorney |
| 8 | | Donna L. Calvert |
| 9 | | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | /s/ Annabelle J. Yang<br>ANNABELLE J. YANG |
| 11 | | Special Assistant United States Attorney |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Date:    October 22, 2013                                                Craig Kellison
                                                                                              United States Magistrate Judge

2~~2~~